

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:03-CR-441-RLH-LRL |
| Plaintiff, | ) | |
| vs. | ) | |
| MARIAN SANDIFER | ) | |
| Defendant. | ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#122) on September 30, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: INFISTAR CORPORATION
Amount of Restitution: $37,205.93

Name of Payee: DISCOVER CARD
Amount of Restitution: $7,523.95

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $11,000.00

Name of Payee: KINECTA CREDIT UNION
Amount of Restitution: $4,182.98



**Total Amount of Restitution ordered:**  $59,912.86**

**Joint and Several with co-defendants

Dated this \_\_\_23\_\_\_ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE